COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-042-CR

CARLA DENISE POLK             APPELLANT 

V.

THE STATE OF TEXAS STATE

----------

FROM CRIMINAL
 DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the appellant’s “Motion To Immediately Dismiss Appeal” and “Motion To Immediately Issue Mandate Transferring Jurisdiction.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 
Tex. R. App. P.
 43.2(f).  Upon agreement of the parties, the mandate will issue immediately.  
See id.
 18.1(c)
.

PER CURIAM

PANEL D: DAUPHINOT, GARDNER, and MCCOY, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: July 16, 2007. 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.